ACCEPTED
03-14-00574-CV
3697905
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 1:35:47 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00574-CV**

| | | |
|---|---|---|
| **SHARON LEE HANSON** | § | **THIRD DISTRICT** |
| | § | |
| **V.** | § | **COURT OF APPEALS** |
| | § | |
| **GUY ROBB COWEN** | § | **IN AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 1:35:47 PM
JEFFREY D. KYLE
Clerk

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF WITH CERTIFICATE OF CONFERENCE**

**TO THE HONORABLE JUSTICES OF THIS COURT:**

**COMES NOW GUY ROBB COWEN, APPELLANT-MOVANT,** herein and files his Motion for Extension of Time to File Appellee's Brief, pursuant to Local Rules 47 and 52 and Texas Rules of Appellate Procedure 10.1 and 10.5(b)(1), and in support thereof shows the following:

**I. BACKGROUND AND BASIS FOR EXTENSION**

Briefly, by way of background, the undersigned counsel was served Appellant's brief on or about December 10, 2014, making the Appellee's brief on this same day. Despite efforts to complete the brief over the holidays, Appellee cannot meet the deadline effectively. No previous extensions have been requested by Appellee. The undersigned counsel, aside from having a trial practice, is currently working on a total of five (5) briefs with two (2) of those being Petitions for Certiorari to the U.S. Supreme Court from the US Court of Appeals in the 10th and 5th Circuits. The undersigned counsel is a solo practitioner. Additionally, it appears that the record may need to be supplemented with a hearing transcript that has not been provided to the Court, at this time, and which is material and relevant to the claims raised by Appellant in her brief. The undersigned counsel seeks a thirty (30) day extension to allow her to assure there is a complete record before the Court and adequate time to address all matters thoroughly.

1

## II. GOOD CAUSE AND NOT FOR DELAY

The Motion is not filed due to Movant's actions or omissions of any kind. Moreover, the motion is not sought for delay and is in the interest of justice and to honor this country's constitutional mandates to the right to effective assistance of counsel and due process.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel prays that Appellee-Movant be granted an extension of time to file his brief in the proceeding herein.

Respectfully submitted,


By:\_\_\_/s/\_\_Marie E. Galindo_____
**MARIE E. GALINDO**
Attorney at Law
639 Heights Boulevard
Houston, Texas 77009
Telephone No. 713.299.1510
Facsimile No. 713.651.0776
State Bar No. 00796592

**ATTORNEY FOR APPELLEE-MOVANT**


## Certificate of Service

On JANUARY 8, 2015, a copy of the above-referenced pleading was sent via email to Mr. Richard Mock, Appellant's counsel, and his assistant.

\_\_/s/\_Marie E. Galindo_____
**MARIE E. GALINDO**


## Certificate of Conference

On this same day, the undersigned counsel's office left a message and sent an email asking Mr. Mock about his position as to the filing of this request and explained the basis of said request. Mr. Mock has emailed that he does not oppose said motion.


\_/s/\_Marie E. Galindo_____
**MARIE E. GALINDO**

2